United States District Court
Southern District of Texas

**ENTERED**

May 28, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Magali Morales Sanchez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3094 |
| | § | |
| Todd Blanche, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING CASE

In accordance with the Motion to Dismiss filed on May 8, 2026, Doc. 6, this action is hereby DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 28th of May, 2026.

_____

Nicholas J. Ganjei
United States District Judge